IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:19CR147 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **HON. JUDGE JOHN ADAMS** |
| vs. | ) | |
| | ) | **MOTION TO WITHDRAW** |
| **BRENDAN CRAIG** | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **IMMEDIATE RELEASE** |
| **Defendant.** | ) | **DUE TO DANGER FROM** |
| | ) | **CORONAVIRUS** |

Defendant Brendan Craig through his counsel moves this court to withdraw his Motion for Immediate Release Due to Danger from Coronavirus filed on April 17, 2020, docket no. 556. Defendant does not wish to go forward with said motion and thereby moves this court to withdraw the motion without a hearing at his request.

Respectfully submitted,

/s/ Donald Butler

_____
Donald Butler, 0005968
Attorney for Defendant
1220 W Sixth Street, Suite 203
Cleveland, Ohio 44113
Tel. 216.621.7260
Facsimile 216.241.1312
Email butdon@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 20th day of April, 2020, a copy of the Defendant's to Withdraw Motion for Extension of Time filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Donald Butler
_____
Donald Butler
Counsel for Defendant